# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

———————

No. 10-3714

———————

NAPUS Federal Credit Union,     *
    *
        Appellee,     *    Appeal from the United States
    *    District Court for the
    v.              *    Eastern District of Missouri.
    *
Dave Campbell,          *       [UNPUBLISHED]
    *
        Appellant.     *

———————

Submitted: June 22, 2011
Filed: June 27, 2011

———————

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

———————

PER CURIAM.

Dave Campbell appeals from the order of the District Court[1] denying his motion to set aside an adverse award of attorney fees in this removed civil action. We have carefully reviewed the record, and we conclude that the District Court did not abuse its discretion in denying Campbell's motion. See Arnold v. Wood, 238 F.3d 992, 998 (8th Cir.) (standard of review), cert. denied, 534 U.S. 975 (2001). We affirm the District Court and deny as moot appellee's motion to dismiss.

---

[1]The Honorable Mary Ann L. Medler, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).